**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WISCONSIN**

In re:
| | |
|---|---|
| Vicki Lynn Horton | 14-22283 |
| Tracy Denise Perkins | 14-25245 |
| Maria Campbell | 14-30864 |
| Jason B. Adams and Renee A. Rodgers-Adams | 15-20003 |
| Anita R. Webb | 15-20064 |
| Ida Mae Williams | 15-20480 |
| Willie R Turner | 15-20969 |
| Deborah Ann Olguin | 15-22408 |
| Tamika A Marable | 15-25007 |
| Thomas Edward Stypulski | 15-26646 |
| James M Methu, Sr. and Audrey J Johnson-Methu | 15-27410 |
| Hope Rachelle Lieske | 15-27412 |
| Lenora S. Maclin | 15-27936 |
| Jennifer Lynn Ezell | 15-28053 |
| Josie Marie Armour | 15-28664 |
| Michael J. Sokolowski and Mary M. Sokolowski | 15-28867 |
| Richard J Brown and Aimee Laliberte-Brown | 15-29761 |
| David M. Swartz | 15-30083 |
| Steven D. Kaurich and Denise M. Kaurich | 15-30407 |
| James Sanders, Jr. and Jannie A Sanders | 15-31261 |
| Kendra Fanae Perkins | 15-31735 |
| Scott W. Rankins and Sheri L. Rankins | 15-32667 |
| Lisa M. Soik | 15-32791 |
| Joseph L. Berryman | 15-32930 |
| Pamela Jean Battle | 15-33115 |

| | |
|---|---|
| Shirley J. Bowie | 15-33275 |
| Jennifer L Bruder | 15-33475 |
| Joshua Waszak and Laura Waszak | 15-33563 |
| Phillip D Petrie and Lynn M Petrie | 15-33729 |
| Marick Oscar Hare, Sr. and Colby Athena Hare | 16-20038 |
| Kathy S Smith-Jones | 16-20408 |
| Mark G Renk | 16-20501 |
| Shunn A Morrise and Cherica S Morrise | 16-20891 |
| Susan M. Conforti and David M. Conforti | 16-20948 |
| Larry J Robinson and Gail L. Robinson | 16-21217 |
| Brad Alan Korpela and Jennifer Anne Korpela | 16-21435 |
| Barbara L. McDonald | 16-21472 |
| Jason Vashon Brock, Sr. | 16-22606 |
| Andrae Diaz and Kecia Violet Diaz | 16-22901 |
| Antone Stewart, III | 16-23029 |
| Robert J. Feller and Amy L. Feller | 16-24148 |
| Reynaldo D. Ramos and Carla M. Ramos | 16-24829 |
| Craig T. Luther | 16-25167 |
| Kenneth M Green | 16-25285 |
| Anthony Dante Young and Genevieve Winifred Young | 16-25974 |
| Twyla M. Sheffa | 16-26106 |
| Brenton A. Prater and Desiree L. Prater | 16-28561 |
| James T Sands and Colleen Sands | 16-28598 |
| Chalai Rachael Attaway | 16-28808 |
| Charles Howard Williams | 16-29198 |
| Carnicia Marie Griffin | 16-29705 |
| Larry E McKenzie, II | 16-29808 |
| Phythak Rajavong and Phayvanh Rajavong | 16-29973 |
| Steven D Kurta and Monica A Kurta | 16-30222 |
| Dolly J. Hall | 16-30348 |
| Jimell R. Williams | 16-30534 |
| Gary James Peters and LeAnn Marie Peters | 16-30980 |
| Gwendolyn V. Redmon | 16-31644 |
| Shermont J. Murchison | 16-32071 |
| Erica E. Olson | 16-32185 |
| Billy P Marks | 16-32209 |
| Dikeomel Decedrick Young and Heather Joanne Young | 16-32443 |
| Linda Haynes | 17-20699 |
| Michael B Poznanski and Sharon D Poznanski | 17-21393 |
| Olivia Maurice Williams | 17-21824 |
| Frederick Donald MacDonald and Geri Lynn MacDonald | 17-22538 |
| Sharon E Williams | 17-22708 |
| Derry L Hawkins and Ava J Hawkins | 17-23311 |

| Name | Case Number |
|---|---|
| Ricky Allen Person | 17-24026 |
| Robert E. Glass, Jr. | 17-24436 |
| Patrick R Harden | 17-25369 |
| Eric S Brown | 17-26424 |
| Giovanni Rivera | 17-26582 |
| Tomeka R. Keys-Dennist | 17-26658 |
| Kevin William Houck and Brenda Marie Houck | 17-27371 |
| LaRuthiea Jones | 17-27694 |
| Yugunda Latrice Sims | 17-28080 |
| Diane E. Spencer | 17-28101 |
| Catherine Conelia Stampley | 17-28105 |
| Kenneth Earl Spence and Trina Lyn Spence | 17-28132 |
| Terry D. Plato and Helen M. Plato | 17-28160 |
| Floyd Dustin Bowie, III | 17-28664 |
| Robin Marie Taddey | 17-29089 |
| Carrie Elizabeth Simmons | 17-29121 |
| Hansi M. Herzog and Ingrid I. Ebner-Herzog | 17-29227 |
| Shirley A McMillian | 17-29673 |
| Elizabeth Sarah Smith | 17-29753 |
| Sharon Bowie | 17-29889 |
| Mark David Au | 17-29970 |
| Joy Ashonti Abernathy | 17-30579 |
| Brian Keys | 17-30681 |
| Chiquitta Monique Adair | 17-30713 |
| Kent Alan Gardner and Kara Gray Gardner | 17-30990 |
| Ella Mae Jones | 17-31005 |
| Gloria L. White | 17-31652 |
| Keshia L. Johnson | 18-20274 |
| Arbedella B. Browning | 18-20305 |
| Louvenger Lee Phillips | 18-20339 |
| Cornelius Evans and Tanisha L. Evans | 18-20383 |
| Danielle Ann Dal Santo | 18-20418 |
| Daniel W. Santana and Donna M. Santana | 18-20748 |
| Miriam Lopez | 18-20998 |
| Casey P. Jerzak and Cassandra M Jerzak | 18-21048 |
| Steven James Weninger and Tani Lynn Weninger | 18-21300 |
| Guadalupe Mata Facundo | 18-21482 |
| Abraham Sergio Quintero and Iris Margarita Quintero | 18-21996 |
| Lynette Susan Wilson | 18-22020 |
| Yolanda Geain Merriett | 18-22230 |
| Mark Marvin Wucherpfennig | 18-22745 |
| Patricia M. Schmelter | 18-22793 |
| James Allen Gilbertson and Heather Lee Gilbertson | 18-22874 |

| Name | Case Number |
|---|---|
| Sharitta Angela Freeman | 18-23005 |
| Sharon A. Benkoe | 18-23045 |
| Keena N. Wade | 18-23400 |
| Rebecca Lynn Coutley | 18-23462 |
| Antonio Alfredo Pierce | 18-23690 |
| LaTonya Latricia Quin | 18-23736 |
| Rosetta Loraine Hobbs | 18-23794 |
| Adrian Jordan Montgomery and Chauncey Syvoata Montgomery | 18-23813 |
| Trudy L. Hearns | 18-24488 |
| Venecia N. Love | 18-24958 |
| Maritza Maldonado | 18-24982 |
| Jessica Jean Kachur | 18-25705 |
| Darrell Walker | 18-25708 |
| Sherena Myee Noblin | 18-26163 |
| Perry F. Cichanowicz and Patricia A. Cichanowicz | 18-26181 |
| Brian Thomas Schaefer and Ashley Mae Schaefer | 18-26327 |
| Frank Oswaldo Franco and Jeniffer Patricia Salas | 18-26391 |
| Dietrich Philip Schultz and Tisha Tamara Schultz | 18-26493 |
| Brigitte M.O. Werner-Powell | 18-26525 |
| Stanthia A Grier | 18-26661 |
| Ross Steven Mallas | 18-26780 |
| Lourdes Maria Perez | 18-26781 |
| Denise Marie Kruschke | 18-26953 |
| Brenda Joy Slattery | 18-27191 |
| Joan M Brown | 18-27192 |
| Patricia Diann Wilkerson and Henry Hubbert | 18-27222 |
| Richard J Baczek and Becky S Baczek | 18-27308 |
| Benjamin Gilmore and Vanessa Ann Gilmore | 18-27373 |
| Purnell B. Johnson, Jr. and Lakisha Johnson | 18-27513 |
| Jacqueline T. Hood | 18-27712 |
| Teasha Leanay Banister | 18-28021 |
| Katrina R Mays | 18-28319 |
| Ronnie Bernard Howard | 18-28356 |
| James J Bransley | 18-28412 |
| Sean Patrick O'Brien and Amy Elizabeth O'Brien | 18-28562 |
| Jessica A Kowalefski | 18-28631 |
| Jessica L Hansen | 18-28706 |
| Destiny Victoria Wright | 18-29043 |
| Mark Lawrence Phillips and Dana Dell-Ann Phillips | 18-29053 |
| Mark A Kraina | 18-29070 |
| Charlene D. Burnett | 18-29274 |
| Edward Joseph Zetting, Jr. and Sheri Lynn Zetting | 18-29310 |
| Jermeil Ardell Hinton and Paula Rae Hinton | 18-29336 |

| | |
|---|---|
| Shasta S Scott | 18-29445 |
| Rhonda May Holley | 18-30082 |
| Phylicia C Myles | 18-30370 |
| Rosa E Rodriguez | 18-30390 |
| Alethea L Bounds and Lorenzo Bounds | 18-30655 |
| Brian P Duchemin and Nicole M Duchemin | 18-30792 |
| Sonja R Hall | 18-31507 |
| Channel L Lawrence | 18-31725 |
| Elizabeth Jeanette Marshall | 19-20064 |
| Imogene Lucas | 19-20108 |
| Neyahte Delea Martins | 19-20179 |
| Elizabeth A Ewing | 19-20647 |
| Rafael A. Blas, Sr. and Nancy L. Blas | 19-20685 |
| Juanita C. Mapp | 19-22239 |
| Victor Daniel Tapia and Jesenia Lynn Tapia | 19-23125 |
| Dana Zorich | 19-23496 |
| Tren Alexis Lockett | 19-23906 |
| Brian Scott Peterson and Stephanie Marie Birkenheier | 19-24006 |
| Hyacinth Victoria Francis | 19-24588 |
| Dennis A. Schuetz and Katherine J Schuetz | 19-25112 |
| Lynn Susanne Eurich | 19-25453 |
| Jeana Denise Angelini | 19-25670 |
| Shawntay M Greer | 19-25846 |
| Maikia Moua | 19-26845 |

Debtor(s).

## ORDER APPROVING SUBSTITUTION OF COUNSEL FOR DEBTOR

**IT IS ORDERED:**

1. The stipulation is approved.

2. James L. Miller is substituted in place of Krysta L. Kerr as counsel of record for the Debtor(s).

# # # # #