UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

IN RE: Purnell B. Johnson, Jr.                          Case No. 18-27513-beh

      Lakisha Johnson

                Debtors.                          Chapter: 13

---

ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

---

      Based on the affidavit of Raymond Valderrama on behalf of Servis One, Inc., d/b/a BSI Financial Services, loan servicer for US Bank Trust NA, as Trustee of the Igloo Series III Trust (the "Movant"), and it appearing that the Debtor defaulted under the terms of the order dated 2/6/2020 (Doc # 76), with respect to the Debtor's property located at 8120 N. 55th Court, Brown Deer, WI 53223 (the "Property"),

      IT IS THEREFORE ORDERED: the stay of 11 U.S.C. § 362 is modified to permit the Movant to exercise its rights and remedies with respect to the Property under its loan documents and applicable nonbankruptcy law. All other relief requested in the Movant's original motion for relief from stay is denied.

      IT IS FURTHER ORDERED: this Order is effective immediately and is not stayed for 14 days pursuant to Bankruptcy Rule 4001(a)(3).

#####